**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

In re: SUN & STARS LIGHTING, INC.    §    Case No. 2:17-bk-20662 ER
                                    §
                                    §
                                    §
    Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Elissa D. Miller, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $129,704.40 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $5,896.66 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $7,021.43 | | |

    3) Total gross receipts of $12,918.09 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $12,918.09 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $7,021.43 | $7,021.43 | $7,021.43 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $24,533.60 | $5,889.93 | $5,889.93 | $5,889.93 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $6,013,863.49 | $5,796,980.93 | $5,796,980.93 | $6.73 |
| **TOTAL DISBURSEMENTS** | $6,038,397.09 | $5,809,892.29 | $5,809,892.29 | $12,918.09 |

4) This case was originally filed under chapter 7 on 08/30/2017.  The case was pending for 25 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/08/2019                By: /s/ Elissa D. Miller
                                              Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2016 Refund | 1124-000 | $6,361.00 |
| 2015 tax refund | 1224-000 | $2,284.00 |
| East West | 1129-000 | $126.43 |
| Bank of America | 1129-000 | $2.52 |
| Bank of America | 1129-000 | $36.88 |
| East West | 1129-000 | $4,107.26 |
| **TOTAL GROSS RECEIPTS** | | **$12,918.09** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Elissa Miller | 2100-000 | NA | $2,041.81 | $2,041.81 | $2,041.81 |
| Trustee, Expenses - Elissa Miller | 2200-000 | NA | $142.55 | $142.55 | $142.55 |
| Bond Payments - International Sureties, LTD | 2300-000 | NA | $13.54 | $13.54 | $13.54 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $209.58 | $209.58 | $209.58 |
| Other State or Local Taxes (post-petition) - FRANCHISE TAX BOARD | 2820-000 | NA | $1,675.45 | $1,675.45 | $1,675.45 |
| Accountant for Trustee Fees (Other Firm) - Hahn Fife & Company | 3410-000 | NA | $2,604.00 | $2,604.00 | $2,604.00 |
| Accountant for Trustee Expenses (Other Firm) - Hahn Fife & Company | 3420-000 | NA | $334.50 | $334.50 | $334.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$7,021.43** | **$7,021.43** | **$7,021.43** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Harris County et al. | 5800-000 | $3,130.78 | $5,368.29 | $5,368.29 | $5,368.29 |
| 4 | Los Angeles County Tax Collector | 5800-000 | $402.82 | $469.14 | $469.14 | $469.14 |
| 19P | Internal Revenue Service | 5800-000 | NA | $52.50 | $52.50 | $52.50 |
| N/F | Sen Cheng | 5800-000 | $21,000.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$24,533.60** | **$5,889.93** | **$5,889.93** | **$5,889.93** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | United States Bankruptcy Court - UL LLC | 7100-000 | $3,741.16 | $18,270.00 | $18,270.00 | $0.02 |
| 3 | United States Bankruptcy Court - FedEx Corporate Services Inc | 7100-000 | $8,592.45 | $7,537.22 | $7,537.22 | $0.01 |
| 5 | United States Bankruptcy Court - Espen Technology Inc | 7100-000 | $89,313.31 | $102,282.09 | $102,282.09 | $0.12 |
| 6 | United States Bankruptcy Court - Daimler Trust | 7100-000 | $20,643.00 | $12,972.59 | $12,972.59 | $0.02 |
| 7 | TMV Packaging Corporation | 7100-000 | $2,529.67 | $2,529.67 | $2,529.67 | $0.00 |
| 8 | Southern California Edison | 7100-000 | $389.94 | $359.31 | $359.31 | $0.00 |
| 9 | United States Bankruptcy Court - GlobalTranz Enterprises Inc | 7100-000 | $161,600.81 | $160,592.95 | $160,592.95 | $0.19 |
| 10 | United States Bankruptcy Court - Shanghai Hongbao Lighting Co. LTD | 7100-000 | $1,000,000.00 | $1,000,000.00 | $1,000,000.00 | $1.16 |
| 11 | United States Bankruptcy Court - Homelite Technology Co Ltd | 7100-000 | $129,751.33 | $129,751.33 | $129,751.33 | $0.15 |
| 12 | United States Bankruptcy Court - Leedarson Lighting Co Ltd | 7100-000 | $1,171,870.08 | $1,171,870.08 | $1,171,870.08 | $1.36 |
| 13 | United States Bankruptcy Court - Jiangsu Evertie Lighting Co Ltd | 7100-000 | $2,660,020.74 | $2,660,020.74 | $2,660,020.74 | $3.09 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | United States Bankruptcy Court - Illuminating Engineering Society | 7100-000 | $12,082.75 | $12,082.75 | $12,082.75 | $0.01 |
| 16 | United States Bankruptcy Court - Xing Nan Lighting Co., LTD. | 7100-000 | $496,427.80 | $496,427.80 | $496,427.80 | $0.58 |
| 17 | United States Bankruptcy Court - Employers Preferred Insurance Co. | 7100-000 | $14,519.40 | $14,519.40 | $14,519.40 | $0.02 |
| 18 | Ideal Industries Inc. | 7100-000 | $5,400.00 | $5,400.00 | $5,400.00 | $0.00 |
| 19U | INTERNAL REVENUE SERVICE | 7200-000 | NA | $2,365.00 | $2,365.00 | $0.00 |
| N/F | 2 PL, Inc. | 7100-000 | $77,210.00 | NA | NA | NA |
| N/F | 8 Net, Inc. | 7100-000 | $18,710.92 | NA | NA | NA |
| N/F | Acuity Brands | 7100-000 | $280.64 | NA | NA | NA |
| N/F | Adams Warehouse & Delivery | 7100-000 | $1,545.00 | NA | NA | NA |
| N/F | Athens Services | 7100-000 | $508.89 | NA | NA | NA |
| N/F | Blue Rock Energy Services c/o Greenberg, Grant & Richards | 7100-000 | $7,122.68 | NA | NA | NA |
| N/F | CMI Credit Mediators, Inc. c/o Odyssey Innovating Logistics | 7100-000 | $451.27 | NA | NA | NA |
| N/F | CTM Trucking Inc. | 7100-000 | $320.08 | NA | NA | NA |
| N/F | Canon Financial Services Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Capital Recovery Corporation | 7100-000 | $0.00 | NA | NA | NA |
| N/F | City of Monterey Park | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Employers Preferred Insurance Co. | 7100-000 | $14,519.40 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Energy Efficient, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Fulham Company Inc. | 7100-000 | $1,711.91 | NA | NA | NA |
| N/F | Health Net | 7100-000 | $958.07 | NA | NA | NA |
| N/F | III IIC | 7100-000 | $18,270.00 | NA | NA | NA |
| N/F | Intertek | 7100-000 | $7,200.00 | NA | NA | NA |
| N/F | Joseph E. Starkey, Jr., Esq. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | LU & ASSOCIATES, CPA's | 7100-000 | $7,700.00 | NA | NA | NA |
| N/F | Liberty Mutual Insurance | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Litech | 7100-000 | $18,209.00 | NA | NA | NA |
| N/F | Mercedes Benz Financial | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Nationwide Pallets Inc. | 7100-000 | $531.38 | NA | NA | NA |
| N/F | Neofunds by Neopost | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Philips Lighting Electronic | 7100-000 | $29,240.00 | NA | NA | NA |
| N/F | Pirate Staffing | 7100-000 | $1,383.79 | NA | NA | NA |
| N/F | Pozeen LED Ltd. c/o Kermit D. Marsh | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Quill | 7100-000 | $200.00 | NA | NA | NA |
| N/F | REKS & Sons Contracting LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | RMS | 7100-000 | $0.00 | NA | NA | NA |
| N/F | RR Donnelley DLS Worldwide | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Road Ex America Inc. | 7100-000 | $225.00 | NA | NA | NA |
| N/F | Robert C. Hsu | 7100-000 | $30,000.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Sean Electrical Mechanical | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Spectrum Business | 7100-000 | $71.72 | NA | NA | NA |
| N/F | Spectrum Business | 7100-000 | $611.30 | NA | NA | NA |
| N/F | Stephen M. Winning, Esq. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Straight Forwarding, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Transworld Systems Inc. | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$6,013,863.49** | **$5,796,980.93** | **$5,796,980.93** | **$6.73** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**Form 1**

**Individual Estate Property Record and Report**

**Asset Cases**

Exhibit 8

Page: 1

**Case No.:** 2:17-bk-20662 ER  
**Case Name:** SUN & STARS LIGHTING, INC.  
**For Period Ending:** 10/08/2019

**Trustee Name:** (001470) Elissa D. Miller  
**Date Filed (f) or Converted (c):** 08/30/2017 (f)  
**§ 341(a) Meeting Date:** 10/11/2017  
**Claims Bar Date:** 02/26/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Bank of America<br>closed account | 50.52 | 2.52 | | 2.52 | FA |
| 2 | Bank of America<br>closed account | 81.93 | 36.38 | | 36.88 | FA |
| 3 | East West<br>closed account | 46.16 | 126.43 | | 126.43 | FA |
| 4 | East West<br>closed account | 164.43 | 4,107.26 | | 4,107.26 | FA |
| 5 | Accounts receivable<br>no value to the estate<br>90 days old or less | 79,704.40 | 79,704.40 | | 0.00 | FA |
| 6 | 2016 Refund<br>collected | 3,400.00 | 6,361.00 | | 6,361.00 | FA |
| 7 | Sun & Stars Lighting, Inc. trademark<br>no value to the estate<br>Sun & Stars Lighting, Inc. trademark<br>Registration #: 4,755,166<br>Registered June 16, 2015 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Sun & Stars Lighting, Inc. trademark<br>no value to the estate<br>Registration #: 15540761<br>Registered in China: December 28, 2015 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 2016 Mercedez Benz E400 leased<br>no value to the estate | 50,000.00 | 0.00 | | 0.00 | FA |
| 10 | 2015 tax refund (u)<br>collected | 0.00 | 2,284.00 | | 2,284.00 | FA |
| 10 | **Assets Totals (Excluding unknown values)** | **$133,447.44** | **$92,621.99** | | **$12,918.09** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

**Case No.:** 2:17-bk-20662 ER  
**Case Name:** SUN & STARS LIGHTING, INC.

**For Period Ending:** 10/08/2019

**Trustee Name:** (001470) Elissa D. Miller  
**Date Filed (f) or Converted (c):** 08/30/2017 (f)  
**§ 341(a) Meeting Date:** 10/11/2017  
**Claims Bar Date:** 02/26/2018

**Major Activities Affecting Case Closing:**

Trustee determine that the accounts were uncollectible. Accountants employed. Tax returns prepared and filed with the taxing agencies. No additional tax is due. Claims are allowed as filed. No court costs. Professional fee applications filed with the Court. (6/14/19)

Trustee located two potential accounts due to the debtor. Trustee will send a demand. If not collectible, trustee will move to close the case. An accountant will be employed shortly. There is no change to the ETFR date. (12/31/18)

Period ending December 31, 2017- The Trustee reviewed the petition and schedules and other documents. The Trustee determined the business operated out of rental property and was closed prior to the filing of the case. The trustee made demand for turnover of the bank accounts. The trustee also received the debtors 2016 tax refund. At this time the trustee is reviewing the books and records for potential avoidance actions.

Once the claim bar date expires the trustee will review the claims register.

Once all funds have been concluded the trustee will have her accountant prepare estate returns.

The trustee anticipates submitting the final report by October 31, 2019.

**Initial Projected Date Of Final Report (TFR):** 10/31/2019    **Current Projected Date Of Final Report (TFR):** 06/14/2019 (Actual)

**Form 2**

**Exhibit 9**

## Cash Receipts And Disbursements Record

Page: 1

| Case No.: | 2:17-bk-20662 ER | Trustee Name: | Elissa D. Miller (001470) |
|---|---|---|---|
| Case Name: | SUN & STARS LIGHTING, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***7606 | Account #: | ******8766 Checking Account |
| For Period Ending: | 10/08/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
|   |   | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/13/17 | {3} | East West Bank | Close account | 1129-000 | 126.43 | | 126.43 |
| 10/13/17 | {4} | East West Bank | Close account | 1129-000 | 4,107.26 | | 4,233.69 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,223.69 |
| 11/07/17 | {1} | Sun & Stars LIghting Inc | Closeout of BofA account | 1129-000 | 2.52 | | 4,226.21 |
| 11/07/17 | {2} | Sun & Stars Lighting Inc | Closeout of BofA account | 1129-000 | 36.88 | | 4,263.09 |
| 11/21/17 | {10} | State of California | 2015 tax refund | 1224-000 | 2,284.00 | | 6,547.09 |
| 11/21/17 | {6} | State of California | 2016 tax refund | 1124-000 | 6,361.00 | | 12,908.09 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 12,898.09 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.93 | 12,880.16 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.37 | 12,859.79 |
| 02/05/18 | 101 | INTERNATIONAL SURETIES, LTD | bond premium | 2300-000 | | 6.11 | 12,853.68 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.25 | 12,836.43 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.46 | 12,817.97 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.82 | 12,800.15 |
| 05/01/18 | 102 | International Sureties, LTD | bond premium | 2300-000 | | 0.29 | 12,799.86 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.25 | 12,779.61 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.76 | 12,761.85 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.57 | 12,742.28 |
| 08/30/18 | 103 | International Sureties, LTD | bond premium | 2300-000 | | 0.30 | 12,741.98 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.93 | 12,723.05 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 9.75 | 12,713.30 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 11.49 | 12,701.81 |
| 02/01/19 | 104 | International Sureties, Ltd. | bond premium | 2300-000 | | 6.84 | 12,694.97 |
| 08/23/19 | 105 | Elissa Miller | EOD 8/22/19 final order [Doc 42] | | | 2,184.36 | 10,510.61 |
| | | Elissa Miller | compensation $2,041.81 | 2100-000 | | | |
| | | Elissa Miller | expenses $142.55 | 2200-000 | | | |
| 08/23/19 | 106 | Hahn Fife & Company | EOD 8/22/19 final order [Doc 42] | | | 2,938.50 | 7,572.11 |
| | | Hahn Fife & Company | fees $2,604.00 | 3410-000 | | | |
| | | Hahn Fife & Company | expenses $334.50 | 3420-000 | | | |

Page Subtotals:    $12,918.09    $5,345.98

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

**Exhibit 9**

**Cash Receipts And Disbursements Record**

Page: 2

| **Case No.:** | 2:17-bk-20662 ER | **Trustee Name:** | Elissa D. Miller (001470) |
|---|---|---|---|
| **Case Name:** | SUN & STARS LIGHTING, INC. | **Bank Name:** | Mechanics Bank |
| **Taxpayer ID #:** | **-***7606 | **Account #:** | ******8766 Checking Account |
| **For Period Ending:** | 10/08/2019 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/23/19 | 107 | FRANCHISE TAX BOARD | EIN: 20:5337606 tax years 2018 and 2019 | 2820-000 | | 1,675.45 | 5,896.66 |
| 08/23/19 | 108 | Harris County et al. | Distribution payment - Dividend paid at 100.00% of $5,368.29; Claim # 1; Filed: $5,368.29 | 5800-000 | | 5,368.29 | 528.37 |
| 08/23/19 | 109 | Los Angeles County Tax Collector | Distribution payment - Dividend paid at 100.00% of $469.14; Claim # 4; Filed: $469.14 | 5800-000 | | 469.14 | 59.23 |
| 08/23/19 | 110 | Internal Revenue Service | Distribution payment - Dividend paid at 100.00% of $52.50; Claim # 19P; Filed: $52.50 | 5800-000 | | 52.50 | 6.73 |
| 08/23/19 | 111 | United States Bankruptcy Court | Combined small dividends. | | | 6.73 | 0.00 |
| | | UL LLC | Claims Distribution - Fri, 08-23-2019 $0.02 | 7100-000 | | | |
| | | Espen Technology Inc | Claims Distribution - Fri, 08-23-2019 $0.12 | 7100-000 | | | |
| | | FedEx Corporate Services Inc | Claims Distribution - Fri, 08-23-2019 $0.01 | 7100-000 | | | |
| | | Illuminating Engineering Society | Claims Distribution - Fri, 08-23-2019 $0.01 | 7100-000 | | | |
| | | Employers Preferred Insurance Co. | Claims Distribution - Fri, 08-23-2019 $0.02 | 7100-000 | | | |
| | | Xing Nan Lighting Co., LTD. | Claims Distribution - Fri, 08-23-2019 $0.58 | 7100-000 | | | |
| | | Jiangsu Evertie Lighting Co Ltd | Claims Distribution - Fri, 08-23-2019 $3.09 | 7100-000 | | | |
| | | Leedarson Lighting Co Ltd | Claims Distribution - Fri, 08-23-2019 $1.36 | 7100-000 | | | |
| | | GlobalTranz Enterprises Inc | Claims Distribution - Fri, 08-23-2019 $0.19 | 7100-000 | | | |
| | | Homelite Technology Co Ltd | Claims Distribution - Fri, 08-23-2019 $0.15 | 7100-000 | | | |
| | | Shanghai Hongbao Lighting Co. LTD | Claims Distribution - Fri, 08-23-2019 $1.16 | 7100-000 | | | |
| | | Daimler Trust | Claims Distribution - Fri, 08-23-2019 $0.02 | 7100-000 | | | |

**Page Subtotals:**   $0.00   $7,572.11

*{ } Asset Reference(s)*   **UST Form 101-7-TDR ( 10 /1/2010)**   *! - transaction has not been cleared*

# Form 2

**Exhibit 9**

## Cash Receipts And Disbursements Record

Page: 3

| **Case No.:** | 2:17-bk-20662 ER | **Trustee Name:** | Elissa D. Miller (001470) |
|---|---|---|---|
| **Case Name:** | SUN & STARS LIGHTING, INC. | **Bank Name:** | Mechanics Bank |
| **Taxpayer ID #:** | **-***7606 | **Account #:** | ******8766 Checking Account |
| **For Period Ending:** | 10/08/2019 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | | 12,918.09 | 12,918.09 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 12,918.09 | 12,918.09 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$12,918.09** | **$12,918.09** | |

{ } Asset Reference(s)   **UST Form 101-7-TDR ( 10 /1/2010)**   ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 4

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 2:17-bk-20662 ER | **Trustee Name:** | Elissa D. Miller (001470) |
| **Case Name:** | SUN & STARS LIGHTING, INC. | **Bank Name:** | Mechanics Bank |
| **Taxpayer ID #:** | **-***7606 | **Account #:** | ******8766 Checking Account |
| **For Period Ending:** | 10/08/2019 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******8766 Checking Account | $12,918.09 | $12,918.09 | $0.00 |
| | **$12,918.09** | **$12,918.09** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)